BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> MARK LOBELLO, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:10-CR-00120 LJO <br><br> AMENDED ORDER TO DISMISS <br> (Fed. R. Crim. P. 48(a)) |

This matter having come before the court pursuant to a written order to dismiss the Indictment with prejudice, pursuant to Federal Rule of Criminal Procedure 48(a);

IT IS ORDERED that the indictment be dismissed with prejudice as to this defendant.

IT IS SO ORDERED.

**Dated:   November 2, 2011**            /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1